UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| MATTHEW LUCAS AYOTTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:15-cv-00272-JAW |
| | ) | 1:11-cr-00156-JAW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER APPOINTING COUNSEL**

In this action, Petitioner seeks relief pursuant to 28 U.S.C. § 2255. (ECF No. 116.) The matter is before the Court on Petitioner's Motion for Appointment of Counsel. (ECF No. 117.) Because Petitioner's section 2255 motion generates an issue as to whether Petitioner is entitled to relief based on the United States Supreme Court's recent decision in *Johnson v. United States*, 135 S. Ct. 2551, 2015 WL 2473450, 2015 U.S. Lexis 4251 (2015), the Court concludes, in accordance with 18 U.S.C. Section 3006(a)(2)(B), that the interests of justice warrant the appointment of counsel. The Court, therefore, grants Petitioner's motion, and appoints Attorney Richard L. Hartley to represent Petitioner.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 31st day of August, 2015.